**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

REBECCA GALE,

           Petitioner

      v.

CITY OF PHILADELPHIA,
PHILADELPHIA POLICE DEPARTMENT
AND JOSE GARRIYA,

           Respondents

: No. 166 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.